[No. 31889-3-III.   Division Three.   February 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM MICHAEL LOBIE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00080-9, Evan E. Sperline, J., entered August 26, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 31962-8-III.   Division Three.   February 24, 2015.]

IRA WILLIAMS ET AL., *Appellants*, v. UNDERWIRE SERVICES, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 10-2-00073-1, Frances P. Chmelewski, J., entered September 4, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32189-4-III.   Division Three.   February 24, 2015.]

STEVEN J. LACEY, *Appellant*, v. IAN LANTRY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-2-03093-3, Robert G. Swisher, J., entered December 20, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 31890-7-III.   Division Three.   February 26, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DOUGLAS COURTER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00672-8, John M. Antosz, J., entered August 27, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.